# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 25, 2022

Mr. Nathan Ochsner
Southern District of Texas, Galveston
United States District Court
601 Rosenberg Street
Room 411
Galveston, TX 77550-0000

        No. 22-40240     Diamond Svc v. Travelers Casualty
                         USDC No. 3:21-CV-78

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a
copy of the court's opinion.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        *Dantrell Johnson*

                        By: _____
                        Dantrell L. Johnson, Deputy Clerk
                        504-310-7689

cc:
    Mr. Martin Stewart Bohman
    Mr. Steven Kyle Cannon
    Mr. Ryan D. Dry
    Mr. Harry E. Morse